Of Counsel:
MITCHELL S. WONG        5478-0
Law Offices of Mitchell S. Wong
1001 Bishop Street
Pauahi Tower, Suite 850
Honolulu, Hawaii 96813
Telephone: (808) 523-6161
Facsimile: (808) 526-4028
E-mail: mitchellswong@mail2hawaii.com

PAUL V. SMITH           5891-0
810 Richards Street
Suite 810
Honolulu, Hawaii 96813
Telephone: (808) 524-4600
Facsimile: (808) 521-2870

Attorneys for Plaintiff

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 5 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA KAY DETWILER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAIMLERCHRYSLER MOTORS COMPANY, LLC; WINDWARD DODGE CHRYSLER PLYMOUTH JEEP; WINDWARD AUTO SALES, INC.; and DOE DEFENDANTS 1-20,<br><br>　　　　Defendants. | CIVIL NO. CV04-00649 DAE BMK<br>(Products liability)<br><br>CERTIFICATE OF SERVICE: (1) PLAINTIFF'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT DAIMLERCHRYSLER CORPORATION; AND (2) PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT DAIMLERCHRYSLER CORPORATION |

CERTIFICATE OF SERVICE: (1) PLAINTIFF'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT DAIMLERCHRYSLER CORPORATION; AND (2) PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT DAIMLERCHRYSLER CORPORATION

The undersigned hereby certifies that (1) PLAINTIFF'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT DAIMLERCHRYSLER CORPORATION; and (2) PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT DAIMLERCHRYSLER CORPORATION were served by HAND DELIVERY [HD] or U.S. MAIL [MAIL] on the parties identified below, in the manner indicated, at their last known address on the _____ day of _____, 2006:

[HD]      Richard F. Nakamura, Esq.
          Ayabe Chong Nishimoto Sia & Nakamura
          1001 Bishop Street
          Pauahi Tower, Suite 2500
          Honolulu, Hawaii 96813
          **Attorney for Defendant**
          **DAIMLERCHRYSLER MOTORS COMPANY, LLC**

[MAIL]    Barry R. Schirm, Esq.
          Grace, Cosgrove & Schirm
          444 South Flower, Suite 1100
          Los Angeles, California 90071
          **Attorney for Defendant**
          **DAIMLERCHRYSLER MOTORS COMPANY, LLC**

2

[HD]      Alan K. Lau, Esq.
          Alakea Corporate Tower
          1100 Alakea Street, Floor 23
          Honolulu, Hawaii 96813
          **Attorney for Defendants**
          **WINDWARD DODGE CHRYSLER PLYMOUTH JEEP**
          **and WINDWARD AUTO SALES**

DATED: Honolulu, Hawaii, _January 17, 2006_.

                                    _____
                                    MITCHELL S. WONG
                                    Attorney for Plaintiff