Of Counsel:
MITCHELL S. WONG     5478-0
Law Offices of Mitchell S. Wong
1001 Bishop Street
Pauahi Tower, Suite 850
Honolulu, Hawaii 96813
Telephone: (808) 523-6161
Facsimile: (808) 526-4028
E-mail: mitchellswong@mail2hawaii.com

PAUL V. SMITH     5891-0
810 Richards Street
Suite 810
Honolulu, Hawaii 96813
Telephone: (808) 524-4600
Facsimile: (808) 521-2870

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| LISA KAY DETWILER, | ) | CIVIL NO. CV04-00649 DAE BMK |
| --- | --- | --- |
| Plaintiff, | ) | (Products liability) |
| vs. | ) | CERTIFICATE OF SERVICE: (1) PLAINTIFF'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANTS WINDWARD DODGE CHRYSLER PLYMOUTH JEEP AND WINDWARD AUTO SALES, INC.; AND (2) PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS WINDWARD DODGE CHRYSLER PLYMOUTH JEEP AND WINDWARD AUTO SALES, INC. |
| DAIMLERCHRYSLER MOTORS COMPANY, LLC; WINDWARD DODGE CHRYSLER PLYMOUTH JEEP; WINDWARD AUTO SALES, INC.; and DOE DEFENDANTS 1-20, | ) | |
| Defendants. | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 5 2006

at 10 o'clock and 45 min
SUE BEITIA, CLERK

ORIGINAL

CERTIFICATE OF SERVICE: (1) PLAINTIFF'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANTS WINDWARD DODGE CHRYSLER PLYMOUTH JEEP AND WINDWARD AUTO SALES, INC.; AND (2) PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS WINDWARD DODGE CHRYSLER PLYMOUTH JEEP AND WINDWARD AUTO SALES, INC.

The undersigned hereby certifies that (1) PLAINTIFF'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANTS WINDWARD DODGE CHRYSLER PLYMOUTH JEEP AND WINDWARD AUTO SALES, INC.; and (2) PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS WINDWARD DODGE CHRYSLER PLYMOUTH JEEP AND WINDWARD AUTO SALES, INC. were served by HAND DELIVERY [HD] or U.S. MAIL [MAIL] on the parties identified below, in the manner indicated, at their last known address on the _____ day of _____, 2006:

**[HD]**   Richard F. Nakamura, Esq.
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street
Pauahi Tower, Suite 2500
Honolulu, Hawaii 96813
**Attorney for Defendant**
**DAIMLERCHRYSLER MOTORS COMPANY, LLC**

**[MAIL]**   Barry R. Schirm, Esq.
Grace, Cosgrove & Schirm
444 South Flower, Suite 1100
Los Angeles, California 90071
**Attorney for Defendant**
**DAIMLERCHRYSLER MOTORS COMPANY, LLC**

*[HD]*  Alan K. Lau, Esq.
Alakea Corporate Tower
1100 Alakea Street, Floor 23
Honolulu, Hawaii 96813
**Attorney for Defendants
WINDWARD DODGE CHRYSLER PLYMOUTH JEEP
and WINDWARD AUTO SALES**

DATED: Honolulu, Hawaii, _January 17, 2006_.

_____
MITCHELL S. WONG
Attorney for Plaintiff