ORIGINAL

Ayabe, Chong, Nishimoto, Sia & Nakamura
A Limited Liability Law Partnership

RICHARD F. NAKAMURA  1817-0
RONALD T. MICHIOKA    7790-0
Bishop Square, Pauahi Tower
1001 Bishop Street, Suite 2500
Honolulu, Hawaii 96813
Telephone No.: (808) 537-6119
Facsimile No.: (808) 526-3491
Email Address: richard.nakamura@hawadvocate.com
Email Address: ronald.michioka@hawadvocate.com

GRACE, COSGROVE & SCHIRM

BARRY R. SCHIRM
444 South Flower, Suite 1100
Los Angeles, California 90071
Telephone No.: (213) 533-5400
Facsimile No.: (213) 533-5444
Email Address: bschirm@gcslaw.net

Attorneys For Defendant
DAIMLERCHRYSLER CORPORATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 1 2006

at 9 o'clock and 46 min. _M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA KAY DETWILER, | ) CIVIL NO. CV04-00649 DAE BMK<br>) (Products Liability)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>) [Re: LISA KAY DETWILER]<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | |
| vs. | |
| DAIMLERCHRYSLER CORPORATION;<br>WINDWARD DODGE<br>CHRYSLER PLYMOUTH JEEP;<br>WINDWARD AUTO SALES, INC.;<br>and DOE DEFENDANTS 1-20, | |
| Defendants. | |

CV04-00649 DAE BMK_20060215_NBR1.doc

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date ___FEB - 2 2006___ a true and correct copy of the Notice of Taking Deposition Upon Written Questions dated ___JAN 3 1 2006___, was duly served to the following in the manner described below:

    Mailed to:

    MITCHELL S. WONG, ESQ.
    Sherman S. Hee & Associates
    Pauahi Tower
    1001 Bishop Street, Suite 850
    Honolulu, Hawaii 96813
    Telephone No: (808) 523-6161

        and

    PAUL V. SMITH, ESQ.
    Schutter Dias & Smith
    City Center
    810 Richards Street, Suite 810
    Honolulu, Hawaii 96813
    Telephone No: (808) 524-4600

    Attorneys for Plaintiff

    Mailed to:

    ALAN K. LAU, ESQ.
    Moseley Biehl Tsugawa Lau & Muzzi
    1100 Alakea Street, 23rd Floor
    Honolulu, Hawaii 96813
    Telephone No: (808) 531-0490

    Attorney for Defendants
    WINDWARD DODGE CHRYSLER PLYMOUTH JEEP
    and WINDWARD AUTO SALES, INC.

I FURTHER CERTIFY that a copy of the Notice of Taking Deposition and Certificate of Service will be attached to the witness copy of the Subpoena Duces Tecum that will be served upon the following Custodian(s) of Records:

COMMANDER, USA HEALTH CLINIC

DATED:  Honolulu, Hawaii,   JAN 3 1 2006

_____
RICHARD F. NAKAMURA
RONALD T. MICHIOKA

Attorneys For Defendant
DAIMLERCHRYSLER CORPORATION

3