AYABE, CHONG, NISHIMOTO,
    SIA & NAKAMURA
A Limited Liability Law Partnership

RICHARD F. NAKAMURA   1817-0
RONALD T. MICHIOKA      7790-0
Bishop Square, Pauahi Tower
1001 Bishop Street, Suite 2500
Honolulu, Hawai'i  96813
Telephone:   808-537-6119
Telecopier:  808-526-3491
E-mail:      richard.nakamura@hawadvocate.com
             ronald.michioka@hawadvocate.com

GRACE, COSGROVE & SCHIRM

BARRY R. SCHIRM
444 South Flower, Suite 1100
Los Angeles, California  90071
Telephone:   213-533-5400
Telecopier:  213-533-5444
E-mail:      bschirm@gcslaw.net

Attorneys for Defendant
DAIMLERCHRYSLER CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LISA KAY DETWILER, | CIVIL NO. CV04 00649 DAE BMK |
| | (Products Liability) |
| Plaintiff, | |
| | CERTIFICATE OF SERVICE |
| vs. | |
| | [Re:  Defendant DaimlerChrysler |
| DAIMLERCHRYSLER | Corporation's Response to Plaintiff's |
| CORPORATION; WINDWARD | First Request for Production of |
| DODGE CHRYSLER PLYMOUTH | Documents and Things to Defendant |
| JEEP; WINDWARD AUTO SALES, | DaimlerChrysler Corporation, Dated |

| | | |
|---|---|---|
| INC.; and DOE DEFENDANTS 1-20, | ) | January 17, 2006] |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of **Defendant DaimlerChrysler Corporation's Response to Plaintiff's First Request for Production of Documents to Defendant DaimlerChrysler Corporation, Dated January 17, 2006** will be duly served upon the following at their last known address in the manner indicated below on March 24, 2006.

| MAIL | HAND DELIVERY | |
|---|---|---|
| [ ] | [ √ ] | MITCHELL S. WONG, ESQ.<br>Bishop Square, Pauahi Tower<br>1001 Bishop Street, Suite 850<br>Honolulu, Hawai'i  96813<br>and |
| [ ] | [ √ ] | PAUL V. SMITH, ESQ.<br>City Center<br>810 Richards Street, Suite 810<br>Honolulu, Hawai'i  96813<br><br>Attorneys for Plaintiff |
| [ ] | [ √ ] | ALAN K. LAU, ESQ.<br>1100 Alakea Street, 23rd Floor<br>Honolulu, Hawai'i  96813<br><br>Attorney for Defendants<br>WINDWARD DODGE CHRYSLER PLYMOUTH JEEP and WINDWARD AUTO SALES, INC. |

DATED: Honolulu, Hawai'i;  March 24, 2006.

   /s/ Ronald T. Michioka
RICHARD F. NAKAMURA
RONALD T. MICHIOKA
BARRY R. SCHIRM
Attorneys for Defendant
DAIMLERCHRYSLER CORPORATION