FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 4 2006

ORIGINAL at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Of Counsel:
MITCHELL S. WONG    5478-0
Law Offices of Mitchell S. Wong
1001 Bishop Street
Pauahi Tower, Suite 850
Honolulu, Hawaii 96813
Telephone: (808) 523-6161
Facsimile: (808) 526-4028
E-mail: mitchellswong@mail2hawaii.com

PAUL V. SMITH        5891-0
810 Richards Street
Suite 810
Honolulu, Hawaii 96813
Telephone: (808) 524-4600
Facsimile: (808) 521-2870

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LISA KAY DETWILER, | ) | CIVIL NO. CV04-00649 |
| | ) | DAE BMK |
| Plaintiff, | ) | (Products liability) |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| DAIMLERCHRYSLER MOTORS | ) | [NOTICE OF TAKING |
| COMPANY, LLC; WINDWARD | ) | DEPOSITION UPON ORAL |
| DODGE CHRYSLER PLYMOUTH | ) | EXAMINATION RE: |
| JEEP; WINDWARD AUTO SALES, | ) | WELDON CRISTOBAL AND |
| INC.; and DOE DEFENDANTS | ) | SAL DORADO] |
| 1-20, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION RE: WELDON CRISTOBAL AND SAL DORADO was was served by HAND DELIVERY [HD] or U.S. MAIL [MAIL] on the parties identified below, in the manner indicated, at their last known address on the ___3rd___ day of ___April___, 2006:

[HD]        Richard F. Nakamura, Esq.
            Ayabe Chong Nishimoto Sia & Nakamura
            1001 Bishop Street
            Pauahi Tower, Suite 2500
            Honolulu, Hawaii 96813
            **Attorney for Defendant**
            **DAIMLERCHRYSLER MOTORS COMPANY, LLC**

[MAIL]      Barry R. Schirm, Esq.
            Grace, Cosgrove & Schirm
            444 South Flower, Suite 1100
            Los Angeles, California 90071
            **Attorney for Defendant**
            **DAIMLERCHRYSLER MOTORS COMPANY, LLC**

[HD]        Alan K. Lau, Esq.
            Alakea Corporate Tower
            1100 Alakea Street, Floor 23
            Honolulu, Hawaii 96813
            **Attorney for Defendants**
            **WINDWARD DODGE CHRYSLER PLYMOUTH JEEP**
            **and WINDWARD AUTO SALES**

DATED: Honolulu, Hawaii, _April 3, 2006_.

_____
MITCHELL S. WONG
Attorney for Plaintiff