AYABE, CHONG, NISHIMOTO, SIA & NAKAMURA
A Limited Liability Law Partnership

RICHARD F. NAKAMURA   1817-0
RONALD T. MICHIOKA    7790-0
1001 Bishop Street, Pauahi Tower 2500
Honolulu, Hawai'i  96813
Telephone:   808-537-6119
Telecopier:  808-526-3491
E-mail:      richard.nakamura@hawadvocate.com
             ronald.michioka@hawadvocate.com

GRACE, COSGROVE & SCHIRM

BARRY R. SCHIRM
444 South Flower, Suite 1100
Los Angeles, California  90071
Telephone:   213-533-5400
Telecopier:  213-533-5444
E-mail:      bschirm@gcslaw.net

Attorneys for Defendant
DAIMLERCHRYSLER CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LISA KAY DETWILER, ) | CIVIL NO. CV04 00649 DAE BMK |
| ) | (Products Liability) |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO EXTEND |
| ) | DEADLINE FOR DISPOSITIVE |
| DAIMLERCHRYSLER ) | MOTIONS AND ORDER |
| CORPORATION; WINDWARD ) | |
| DODGE CHRYSLER PLYMOUTH ) | |
| JEEP; WINDWARD AUTO SALES, ) | |
| INC.; and DOE DEFENDANTS 1-20, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO EXTEND DEADLINE
## FOR DISPOSITIVE MOTIONS AND ORDER

WHEREAS, the Amended Rule 16 Scheduling Order filed on July 25, 2005 sets the deadline for the filing of dispositive motions on May 31, 2006; and

WHEREAS, Defendant DAIMLERCHRYSLER CORPORATION ("DCC") contemplates filing a motion for summary judgment on the issue of liability; and

WHEREAS, the parties wish to exhaust all avenues for settlement before incurring the expense of dispositive motions which would undermine the economics of settlement;

IT IS HEREBY STIPULATED AND AGREED, by, between, and among the respective parties hereto and their counsel, that the May 31, 2006 deadline for filing of dispositive motions be extended by thirty (30) days, to June 30, 2006.

DATED:  Honolulu, Hawai'i; _____.

/s/ Mitchell S. Wong

MITCHELL S. WONG
PAUL V. SMITH
Attorneys for Plaintiff

/s/ Alan K. Lau
_____

ALAN K. LAU
Attorneys for Defendants
WINDWARD DODGE CHRYSLER
PLYMOUTH JEEP and WINDWARD
AUTO SALES, INC.


/s/ Richard F. Nakamura
_____

RICHARD F. NAKAMURA
RONALD T. MICHIOKA
BARRY R. SCHIRM
Attorneys for Defendant
DAIMLERCHRYSLER CORPORATION


APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: May 10, 2006


*Lisa Kay Detwiler v. DaimlerChrysler Corporation, et al.*; Civil No. CV04 00649 DAE BMK; STIPULATION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS AND ORDER