# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

07/18/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:         CV 04-00649DAE-BMK

CASE NAME:           Lisa Kay Detwilker v. DaimlerChrysler Corporation, et al.

ATTYS FOR PLA:       Mitchell S. Wong

ATTYS FOR DEFT:      Alan K. Lau

INTERPRETER:

---

| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE:  | 07/18/2006      | TIME:     | 9:10 - 9:12  |

---

COURT ACTION:  EP: Status Conference Re Jurisdiction - a Stipulation for Remand to be filed by 8-15-06.

Submitted by Richlyn Young, Courtroom Manager

Case 1:04-cv-00649-DAE-BMK    Document 46    Filed 07/18/2006    Page 1 of 1