Of Counsel:
MITCHELL S. WONG      5478-0
Law Offices of Mitchell S. Wong
1001 Bishop Street
Pauahi Tower, Suite 850
Honolulu, Hawaii 96813
Telephone: (808) 523-6161
Facsimile: (808) 526-4028
E-mail: mitchellswong@mail2hawaii.com

PAUL V. SMITH          5891-0
810 Richards Street
Suite 810
Honolulu, Hawaii 96813
Telephone: (808) 524-4600
Facsimile: (808) 521-2870

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA KAY DETWILER,<br><br>      Plaintiff,<br><br>vs.<br><br>DAIMLERCHRYSLER MOTORS COMPANY, LLC; WINDWARD DODGE CHRYSLER PLYMOUTH JEEP; WINDWARD AUTO SALES, INC.; and DOE DEFENDANTS 1-20,<br><br>      Defendants. | CIVIL NO. CV04-00649 DAE BMK<br>(Products liability)<br><br>STIPULATION OF DISMISSAL OF DEFENDANT DAIMLERCHRSYLER CORPORATION WITH PREJUDICE |

STIPULATION OF DISMISSAL OF DEFENDANT
DAIMLERCHRSYLER CORPORATION WITH PREJUDICE

Plaintiff LISA KAY DETWILER, through her counsel undersigned, and Defendant DAIMLERCHRYSLER CORPORATION, originally sued as DAIMLERCHRYSLER MOTORS COMPANY, LLC, through its counsel undersigned, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii), hereby stipulate to a dismissal of Plaintiff LISA KAY DETWILER's Complaint and claims against Defendant DAIMLERCHRYSLER CORPORATION, only, with prejudice, each side to bear her or its own attorney's fees and costs.

Plaintiff's Complaint and claims against Defendants WINDWARD DODGE CHRYSLER PLYMOUTH JEEP and WINDWARD AUTO SALES, INC., remain. Trial of this case is set for October 31, 2006.

DATED: Honolulu, Hawaii, August 7, 2006.

_____
MITCHELL S. WONG
PAUL V. SMITH
**Attorneys for Plaintiff**
**LISA KAY DETWILER**

2

DATED: Honolulu, Hawaii, AUG - 3 2006            .

                                BARRY R. SCHIRM
                                RICHARD F. NAKAMURA
                                **Attorneys for Defendant**
                                **DAIMLERCHRYSLER CORPORATION**

DATED: Honolulu, Hawaii, 8/3/06            .

                                ALAN K. LAU
                                **Attorney for Defendants**
                                **WINDWARD DODGE CHRYSLER**
                                **PLYMOUTH JEEP**
                                **and WINDWARD AUTO SALES**

APPROVED AND SO ORDERED:

UNITED STATES DISTRICT JUDGE

---

*Detwiler v. DaimlerChrysler Corporation, et al.*, Civil No. CV04-00649 DAE BMK;
STIPULATION OF DISMISSAL OF DEFENDANT DAIMLERCHRSYLER CORPORATION
WITH PREJUDICE