Of Counsel:
MITCHELL S. WONG      5478-0
Law Offices of Mitchell S. Wong
1001 Bishop Street
Pauahi Tower, Suite 850
Honolulu, Hawaii 96813
Telephone: (808) 523-6161
Facsimile: (808) 526-4028
E-mail: mitchellswong@mail2hawaii.com

PAUL V. SMITH            5891-0
810 Richards Street
Suite 810
Honolulu, Hawaii 96813
Telephone: (808) 524-4600
Facsimile: (808) 521-2870

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA KAY DETWILER,<br><br>      Plaintiff,<br><br>  vs.<br><br>DAIMLERCHRYSLER MOTORS COMPANY, LLC; WINDWARD DODGE CHRYSLER PLYMOUTH JEEP; WINDWARD AUTO SALES, INC.; and DOE DEFENDANTS 1-20,<br><br>      Defendants. | CIVIL NO. CV04-00649 DAE BMK<br>(Products liability)<br><br>STIPULATION TO REMAND CASE TO STATE COURT AND ORDER |

## STIPULATION TO REMAND CASE TO STATE COURT

WHEREAS, on August 19, 2004, Plaintiff LISA KAY DETWILER filed her Complaint against Defendants DAIMLERCHRYSLER MOTORS COMPANY, LLC, later correctly identified as Defendant DAIMLERCHRYSLER CORPORATION, and Defendants WINDWARD DODGE CHRYSLER PLYMOUTH JEEP and WINDWARD AUTO SALES, INC., in the First Circuit Court, State of Hawaii;

WHEREAS, on November 1, 2004, Defendant DAIMLERCHRYSLER CORPORATION removed the entire action to the United States District Court, State of Hawaii, pursuant to 28 U.S.C. §1441 on the basis of diversity jurisdiction;

WHEREAS, Plaintiff LISA KAY DETWILER has dismissed her Complaint against Defendant DAIMLERCHRYSLER CORPORATION, only, and, therefore, the United States District Court, State of Hawaii, no longer has subject matter jurisdiction;

NOW, IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff LISA KAY DETWILER, through her counsel undersigned, and Defendants WINDWARD DODGE CHRYSLER PLYMOUTH JEEP and WINDWARD AUTO SALES, INC., through

their counsel undersigned, that Plaintiff's Complaint and claims against Defendants WINDWARD DODGE CHRYSLER PLYMOUTH JEEP and WINDWARD AUTO SALES, INC., be remanded, pursuant to 28 U.S.C. §1447(c), to the First Circuit Court, State of Hawaii.

DATED:   Honolulu, Hawaii, _____.

_____
MITCHELL S. WONG
PAUL V. SMITH
**Attorneys for Plaintiff**
**LISA KAY DETWILER**

DATED:   Honolulu, Hawaii, 8/3/06.

_____
ALAN K. LAU
**Attorney for Defendants**
**WINDWARD DODGE CHRYSLER**
**PLYMOUTH JEEP**
**and WINDWARD AUTO SALES**

APPROVED AND SO ORDERED:

_____
Judge of the above-entitled Court

---

*Detwiler v. DaimlerChrysler Corporation, et al.*, Civil No. CV04-00649 DAE BMK;
STIPULATION TO REMAND CASE TO STATE COURT

3