UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 15, 2006

CLERK, CIRCUIT COURT OF THE FIRST CIRCUIT
STATE OF HAWAII
777 Punchbowl Street
Honolulu, Hawaii 96813

Re: REMAND OF CASE
USDC HAWAII CIVIL NO. 04-00649DAE-BMK
Lisa Kay Detwiler vs. Windward Dodge Chrysler Plymouth Jeep, et al.

**Circuit Court of the First Circuit, State of Hawaii
Civil No. 04-1-1530-08 SSM**

Dear Sir or Madam Clerk:

On August 14, 2006, U.S. District Judge David Alan Ezra approved the parties' Stipulation to Remand..."*Plaintiff's Complaint and Claims against Defendants WINDWARD DODGE CHRYSLER PLYMOUTH JEEP and WINDWARD AUTO SALES, INC...*" to the First Circuit Court, State of Hawaii. Accordingly, please find enclosed a certified copy of the Stipulation to Remand, and a certified copy of the docket sheet.

Sincerely Yours,

SUE BEITIA, CLERK

by: *Anna Chang*

Anna F. Chang, Deputy Clerk

cc: All counsel of record

**To First Circuit Court Clerks office only:**
Please acknowledge receipt on the copy of this letter and return.

Date: _____ By: _____